SUBMITTED BY:

Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)*
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMIE ZUCCARO, CATHERINE MOODY, and ANDREW COHN, each individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br><br><br>HOT TOPIC, INC.,<br><br>                    Defendant. | Case No. 3:23-cv-01242-MO<br><br>**Order Granting Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Incentive Awards**<br><br>Date: November 5, 2024<br>Time: 10:00 a.m.<br>Dept: Courtroom 16<br>Judge: Hon. Michael W. Mosman |

Plaintiffs moved the Court for an order approving an award of attorneys' fees and costs, and awarding incentive awards to the Class Representatives. Having carefully considered Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Incentive Awards, along with all supporting papers and the arguments of counsel, the Court hereby **GRANTS** the Motion and Orders the following:

1. The Court approves attorneys' fees to Dovel & Luner LLP in the amount of $1,987,218.34.

2. The Court approves the reimbursement of costs to Dovel & Luner LLP in the amount of $12,781.66;

3. The Court approves incentive awards of $2,500 each to Plaintiffs, Jamie Zuccaro, Catherine Moody, and Andrew Cohn.

**IT IS SO ORDERED.**

Dated: 9/18/24

HON. MICHAEL MOSMAN
UNITED STATES DISTRICT JUDGE